IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARILYN L. HAMILTON, *et al.*, Plaintiffs, | : : : | |
| v. | : : | CIVIL ACTION NO. 18-CV-5323 |
| THE SCHOOL DISTRICT OF PHILADELPHIA, *et al.*, Defendants. | : : : : | |
| MARILYN L. HAMILTON, *et al.*, Plaintiffs, | : : : : | |
| v. | : : | CIVIL ACTION NO. 18-CV-5396 |
| THE SCHOOL DISTRICT OF PHILADELPHIA, *et al.*, Defendants. | : : : : | |

## ORDER

AND NOW, this 18th day of December, 2018, upon consideration of Plaintiff Marilyn L. Hamilton's Motions for Leave to Proceed *In Forma Pauperis* (Doc. No. 1), her *pro se* complaints and amended complaint filed on behalf of herself and her minor son, S.R., (Doc. Nos. 2 and 5), her motions for Appointment of Counsel (Doc. Nos. 3,7, and 8), and her other motions it is **ORDERED** that:

1. Ms. Hamilton is **GRANTED** leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

2. Ms. Hamilton's minor child, S.R., is **DISMISSED without prejudice** as a party to these lawsuits and any claims raised on behalf of S.R. are **DISMISSED without prejudice**.

3. Ms. Hamilton's claims in the above cases are **DISMISSED with prejudice** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. Ms. Hamilton's motions for appointment of counsel are **DENIED.**

5. Any remaining motions are **DENIED**.

6. The Clerk of Court shall **CLOSE** these cases for all purposes, including statistics.

**BY THE COURT:**

**S/Gene E. K. Pratter**
**GENE E.K. PRATTER, J.**